IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIGIT TRI ASMORO, et al.,

   Plaintiffs,

   v.                                                                    No. 1:10-cv-1235 MCA/GBW

RIGSTAFF TEXAS, LLC, et al.,

   Defendants.

## ORDER

This matter is before the Court on Defendants' Motions for Extension of Time to Complete Discovery and for Protective Order. *Docs. 96, 100.* The matters are fully briefed and, on January 24, 2013, the Court held a hearing on the matter. *See docs. 99, 100, 101, 102, 107, 112.*[1] For the reasons expressed at the hearing, the Court will grant Defendants' Motion for Extension of Time and grant in part and deny in part Defendants' Motion for Protective Order.

As to the Motion for Extension for Time, the Court directs Plaintiffs and Defendants to coordinate the timing of Mr. Hendriyanto's deposition such that it takes place during the same set of days in February 2013 as is agreed to for the remainder of Plaintiffs' depositions of Defendants' witnesses. Mr. Hendriyanto's deposition shall be no more than three (3) hours in duration. Defendants shall be responsible for the transportation and lodging costs of Mr. Hendriyanto if they conduct the deposition in Houston.

As to the Motion for Protective Order, the Court will permit the deposition of Mr. Drummond, but it will be limited to no more than two (2) hours in duration. The

---

[1] The Court hereby grants Plaintiffs' Motion for Leave to File Sur-reply (*doc. 102*), and has considered the matters therein.

Court further orders that, absent a contrary agreement between the parties, Mr. Drummond's deposition shall be conducted in Houston on a day consecutive to the remaining depositions noticed by Plaintiffs.

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE